**No. 09-9655. Marian Jass, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2128, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3207.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 569 F.3d 47.

**No. 09-9715. William Darby, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2132, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3223.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-9745. Edward Tucker, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2135, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3170.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 350 Fed. Appx. 512.

**No. 09-9784. Travis S. Hester, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2137, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3127.

April 19, 2010. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 589 F.3d 86.

**No. 09-10250 (09A972). Darryl Durr, Petitioner v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3476.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 789.

**No. 09-10280 (09A979). Darryl Durr, Petitioner v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3475.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 788.

**No. 09-10281 (09A980). Darryl Durr, Petitioner v. Richard Cordray, Attorney General of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3477.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of